UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUMNER ANESTHESIA ASSOCIATES, INC., THOMAS M. CARTER, REX LEATHERWOOD, JOHN EDMONDSON, and FRED CURRY, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD L. HUBBELL, RUSSELL E. EDWARDS, and MICHAEL W. EDWARDS, <br><br> Defendants. | Case No. 3:09-0705 <br> Judge Echols |

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court hereby enters the following rulings:

(1) Plaintiffs' Motion for Summary Judgment (Docket Entry No. 18) is hereby DENIED;

(2) Defendants' Motion for Summary Judgment (Docket Entry No. 27) is hereby GRANTED;

(3) Defendants' Motion for Sanctions (Docket Entry No. 31) is hereby DENIED; and

(4) This case is hereby DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE